AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>WENDY DOMINSKI<br><br>_____<br>*Defendant* | )  **Case: 1:24-mj-00304**<br>)  **Assigned To : Judge Zia M. Faruqui**<br>)  **Assign. Date : 9/24/2024**<br>)  **Description: COMPLAINT W/ARREST WARRANT**<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WENDY DOMINSKI                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:


18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     09/24/2024                                                    _____
                                                                          *Issuing officer's signature*

City and state:        Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/24/24 , and the person was arrested on *(date)* 09/26/24<br>at *(city and state)* BUFFALO NEW YORK .<br><br>Date: 09/26/2024                                    _____<br>                                                          *Arresting officer's signature*<br><br>                                                          JEFFREY P. PURTIC, INVESTIGATOR BUFFALO FBI<br>                                                          *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> WENDY DOMINSKI, (DOB: XXXXXXXXX) <br> TRACI QUIMBY, (DOB: XXXXXXXX) <br><br><br> _____ <br> *Defendant(s)* | ) Case: 1:24-mj-00304 <br> ) Assigned To : Judge Zia M. Faruqui <br> ) Assign. Date : 9/24/2024 <br> ) Description: COMPLAINT W/ARREST WARRANT <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ 09/24/2024 _____

*Judge's signature*

City and state: _____ Washington, D.C. _____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00304
Assigned To : Judge Zia M. Faruqui
Assign. Date : 9/24/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮, is a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation's (FBI) Buffalo Field Office. I have been employed by the Niagara County Sheriff's Office since 1998, assigned as an Investigator to the Sherriff's Office Criminal Investigation Bureau since 2008, and have been assigned as a TFO since 2018. I have taken part in numerous federal, state, and local investigations concerning: international and domestic terrorism; document and identity fraud; financial fraud; controlled substance violations; violent crimes against children; violent crimes against persons; property crimes; hate crimes; and firearms offenses. I have also assisted numerous investigations of crimes which involve the use of social media, email, and the internet as a means of communication. Many of my investigations require the use of technology, analyzing online and telephonic contacts, and researching suspects' online activity and footprints.

Currently, I am tasked with investigating criminal activity in and around the Capitol Grounds on January 6, 2021. As a TFO, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

1

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Wendy Dominski and Traci Quimby

Following the events of January 6, the FBI received many tips from members of the public concerning individuals who unlawfully entered the restricted Capitol Grounds and Building. Your affiant was assigned to investigate tips indicating that Wendy DOMINSKI and Traci QUIMBY had unlawfully entered the Capitol Building. These tips included images, videos, and links to social media posts depicting DOMINSKI and QUIMBY at the U.S. Capitol on January 6.

To determine the veracity of these tips, I obtained and reviewed closed circuit television (CCTV) footage from security cameras located inside the United States Capitol Building and Grounds taken on January 6, 2021, as well as Metropolitan Police Department Bodyworn Camera footage taken inside the Capitol on January 6, 2021. I also reviewed open source video taken by journalists and rioters on January 6, as well as social media posts made by DOMINSKI, QUIMBY, and other rioters. These videos and images show, amongst other actions, DOMINSKI and QUIMBY entering the Capitol Building through the Senate Wing doors, walking into the Capitol Crypt, remaining there for approximately five minutes, then exiting the Capitol Building through a broken window located next to the Senate Wing doors.

DOMINKSI and QUIMBY are friends from Youngstown, NY. In the aftermath of the 2020 Presidential election, the two became involved in, and traveled to, election-related protests. DOMINSKI also shared multiple Facebook posts discussing such protests, including a protest planned for January 6, 2021 in Washington, D.C., claiming that the election was fraudulent. Images 1 and 2 are examples of these posts.

2



*Image 1: Screenshot of a December 19, 2020 Facebook post by DOMINSKI related to claims that the 2020 Presidential election was fraudulent*



*Image 2: Screenshot of a December 22, 2020 Facebook post by DOMINSKI advertising a "March On Congress" set for January 6, 2021 with a comment from a third-party: "You and Traci go girls"*

One video posted by DOMINSKI to Facebook on December 23, 2020 discussed legal challenges to the 2020 election results, including that while Congress would be certifying the electoral college results on January 6, 2021, certain members of Congress would object to the certification in order to keep former President Trump in office. Image 3 is a screenshot of that video.

3



*Image 3:  Screenshot of video posted by DOMINSKI on December 23, 2020 discussing the electoral college certification scheduled for January 6, 2021*

DOMINSKI and QUIMBY traveled to Washington, D.C. on or about January 4, 2021. Over the 4th and 5th, DOMINSKI and QUIMBY attended multiple election-related protests, some of which DOMINSKI livestreamed on her Facebook page.

4



*Image 4: Screenshot of a January 4, 2021 Facebook post by DOMINSKI (in the red jacket)*
*showing her and QUIMBY (in the purple jacket) at the U.S. Capitol*

On the morning of January 6, DOMINSKI and QUMIBY attended the Stop the Steal rally, where they listened to former President Trump's speech. During the speech, the former President discussed the Electoral College certification vote which was happening at the Capitol.

5



*Image 5:  Screenshot of open source video depicting DOMINSKI (yellow circle) and QUIMBY (red circle) on the Mall listening to former President Trump's speech during the January 6, 2021 Stop the Steal rally*

After attending the Rally, DOMINSKI and QUIMBY walked east along Pennsylvania Avenue toward the Capitol Grounds.  The two were asked on camera by another individual who they were and where they were from.  DOMINSKI replied by stating her name and that they were from New York.  A screenshot from the video is shown in Image 6.



*Image 6:  Screenshot of video taken on January 6, 2021 depicting DOMINSKI and QUIMBY on Pennsylvania Avenue walking to the Capitol grounds*

Once the pair reached the Capitol, they entered the Restricted Area in the vicinity of the Lower West Plaza, then moved toward the temporary scaffolding erected for the Innauguration Stage.  At this location, DOMINSKI and QUIMBY encountered what appears to be tear gas, which law enforcement officers deployed on January 6 in an attempt to hold the mob of rioters back from storming the Capitol Building, as shown in Image 7.



*Image 7:  Open source video from January 6, 2021 depicting DOMINKSI (yellow circle) and QUIMBY (red circle) at the Lower West Plaza of the Capitol Grounds covering their faces after tear gas was deployed by law enforcement*

At approximately 2:21 p.m.[1], the pair moved from the Lower West Plaza, up the northwest stairs, and to the Upper West Terrace.



*Image 8: Screenshot of January 6, 2021 CCTV footage depicting DOMINSKI (yellow circle) and QUIMBY (red circle) moving up the northwest stairs to the Upper West Terrace*

DOMINSKI and QUIMBY were then captured on both CCTV and open source video at the Upper West Terrace from approximately 2:22-2:24 p.m., where they joined with other rioters before moving toward the Senate Wing doors.



*Image 9: Screenshot of January 6, 2021 CCTV footage of DOMINSKI (yellow circle) and QUIMBY (red circle) at the Upper West Terrace.*

---

[1] Unless otherwise noted, all times are in Eastern Standard Time.



*Image 10: Screenshot of January 6, 2021 open source video depicting DOMINSKI (yellow circle) and QUIMBY (red circle) at the Upper West Terrace.*

Ignoring a blaring alarm, at approximately 2:24 p.m., DOMINSKI and QUIMBY entered the Capitol Building through the Senate Wing doors, which had earlier been kicked open by rioters. As shown in Image 11, DOMINSKI entered first, followed by QUIMBY.



*Image 11: Screenshot of January 6, 2021 CCTV footage of DOMINSKI (yellow circle) and QUIMBY (red circle) entering the Capitol Building through the Senate Wing doors.*

9

After entering the Capitol Building, DOMINSKI and QUIMBY turned to their right and moved down the hallway and toward the Capitol Crypt, which they entered at approximately 2:26 p.m.



*Image 12: Screenshot of January 6, 2021 CCTV footage of DOMINSKI (yellow circle) and QUIMBY (red circle) inside of the Capitol Crypt*

Upon entering the Crypt, DOMINSKI and QUIMBY turned to northeast and saw another rioter, who was wearing a Confederate flag beanie, smoking what appears to be, based on my training and experience, a marijuana joint or cigarette. As shown in Image 13, QUIMBY moved over to the rioter, took the joint or cigarette, and after the rioter with the Confederate flag beanie lit it, took a puff, then handed it back. QUIMBY then walked back to DOMINSKI, and the pair moved to the southern end of the Crypt.



*Image 13: Screenshot of January 6, 2021 CCTV footage depicting QUIMBY (red circle) smoking a substance inside of the Capitol Crypt*

DOMINSKI and QUIMBY remained in the Crypt for approximately the next five minutes along with other rioters.



*Image 14: Screenshot of January 6, 2021 open source video footage depicting DOMINSKI (yellow circle) and QUIMBY (red circle) inside of the Capitol Crypt*

11

At approximately 2:31 p.m., DOMINKSI and QUIMBY turned and exited the Crypt, as shown in Image 15, and moved back toward the Senate Wing doors.



*Image 15: Screenshot of January 6, 2021 CCTV footage of DOMINSKI (yellow circle) and QUIMBY (red circle) leaving the Capitol Crypt*

At approximately 2:35 p.m., DOMINSKI and QUIMBY exited the Capitol building through windows adjacent to the Senate Wing doors, which had been broken by rioters earlier in the day. As DOMINSKI exited the smashed windows, she stood on the outside ledge facing a crowd of rioters, raised her hands above her head as if in triumph, and danced side-to-side, as shown in Image 16. QUIMBY then followed DOMINSKI out of the building.



*Image 16: Screenshot of January 6, 2021 open source video of DOMINSKI (yellow circle)*
*standing on a window ledge adjacent to the Senate Wing doors as she raises her arms and*
*dances*



*Image 17: Screenshot of January 6, 2021 open source video of QUIMBY (red circle) exiting the*
*Capitol Building through a window adjacent to the Senate Wing doors*

After they eventually made their way back through the Capitol Grounds and toward the edge of the restricted area at the Lower West Plaza, DOMINSKI and QUIMBY were questioned by photojournalist about whether they had entered the Capitol Building. The conversation proceeded in part, as follows:

13

Journalist: Were you up there?

DOMINSKI: I was in there.

Journalist: You were in there?

DOMINSKI: I was in there.

…

Journalist: How did it go down?

DOMINSKI: How did it go down. Well, we tried to go upstairs and they smoked us down twice. After the twice, we all, thank you Jesus, finally stood together and went right through it. Got up to the doors, the door got busted out, the windows got busted out, and we barged into OUR HOUSE. IT'S OUR HOUSE.

…

Let me tell you. I approached a police officer because my daughter is a police officer and I asked him, I said can I walk out or are you taking me to jail, because I'm ready today. And he went like this [throws hands up and makes a shrugging motion] and I said [shakes head]. Done. He's done, they're done, the cops are done, they all threw their hands up. They're done.

….

QUIMBY: We went to the round chamber, so there was a lot of people there.

…

Once we saw the breakthrough, we pushed through.

DOMINSKI: We pushed through.

QUIMBY: We pushed through because we told our grandchildren we're not letting this happen.

DOMINSKI also stated on camera that she and QUIMBY had been on the road for "six months" protesting, and QUIMBY mentioned to another rioter who she hugged on camera that "girl we got in!" Image 18, below, is a screenshot from that interview.



*Image 18: Screenshot of January 6, 2021 interview of DOMINSKI and QUIMBY*

Based on the foregoing, your affiant submits that there is probable cause to believe that Wendy DOMINSKI and Traci QUIMBY violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits that there is also probable cause to believe that Wendy DOMINSKI and Traci QUIMBY violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone, this 24th day of September 2024.

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  24-MJ-127 |
| WENDY DOMINSKI, | ) | |
| | ) | Charging District's Case No.  24-MJ-00304 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Columbia
.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☑    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    09/26/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Herbert L. Greenman
_____
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-MJ-127 |
| WENDY DOMINSKI | ) | |
| | ) | Charging District:    District of Columbia |
| _Defendant_ | ) | Charging District's Case No.  24-MJ-00304 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Hon. Zia M. Faruqui, U.S. Magistrate Judge U.S. District Court, District of Columbia | Courtroom No.: |
|---|---|
| | Date and Time: 10/8/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      09/26/2024

_____
_Judge's signature_

H. Kenneth Schroeder, Jr., U.S. Magistrate Judge
_Printed name and title_

CLOSED

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00127-HKS-1

Case title: USA v. Dominski et al                    Date Filed: 09/26/2024

Other court case number: 1:24-mj-00304 District of Columbia        Date Terminated: 09/26/2024

Assigned to: Hon. H. Kenneth Schroeder Jr.

**Defendant (1)**

**Wendy Dominski**                    represented by    **Herbert L. Greenman**
*TERMINATED: 09/26/2024*                               Lipsitz Green Scime Cambria LLP
                                                       42 Delaware Avenue
                                                       Suite 120
                                                       Buffalo, NY 14202
                                                       716-849-1333
                                                       Fax: 716-855-1580
                                                       Email: hgreenman@lglaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Pending Counts**                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                  **Disposition**
18:1752.P - Entering and Remaining in           09-26-2024: Case Transferred to the District
Restricted Building or Grounds                  of Columbia

**Plaintiff**

**USA**

represented by **Charles Mark Kruly**
U.S. Attorney's Office - Bflo
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5838
Fax: 716-551-3186
Email: charles.kruly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2024 | | Arrest (Rule 5) of Wendy Dominski, Traci Quimby (LMG) (Entered: 09/26/2024) |
| 09/26/2024 | 1 | Rule 5(c)(3) Documents Received as to Wendy Dominski, Traci Quimby (LMG) (Entered: 09/26/2024) |
| 09/26/2024 | | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Initial Appearance in Rule 5(c)(3) Proceedings as to Wendy Dominski, Traci Quimby held on 9/26/2024.<br><br>Attorney Herbert Greenman advised that he has been retained to represent Wendy Dominski and confirmed that he and the defendant have received and reviewed the Criminal Complaint and Arrest Warrant issued in the District of Columbia. Defendant waived an identity hearing and hearing as to probable cause and executed and handed up Waiver. Government not opposed to defendant's release. Court released defendant and imposed the terms and conditions of her release. Defendant directed to appear before the Hon. Zia M. Faruqui in the District of Columbia on 10/8/2024 at 12:30 PM.<br><br>Attorney Thomas Eoannou advised that he has been retained to represent Traci Quimby and confirmed that he and the defendant have received and reviewed the Criminal Complaint and Arrest Warrant issued in the District of Columbia. Defendant waived an identity hearing and hearing as to probable cause and executed and handed up Waiver. Government not opposed to defendant's release. Court released defendant and imposed the terms and conditions of her release. Defendant directed to appear before the Hon. Zia M. Faruqui in the District of Columbia on 10/8/2024 at 12:30 PM.<br><br>Appearances: AUSA Charles Kruly for the government; Herbert Greenman with Wendy Dominski; Thomas Eoannou with Traci Quimby; USPOs Brian Mamizuka and Andre McCray. (Court Reporter FTR Gold)(LMG) (Entered: 09/26/2024) |
| 09/26/2024 | 2 | WAIVER of Rule 5(c)(3) Hearing by Wendy Dominski (LMG) (Entered: 09/26/2024) |
| 09/26/2024 | 4 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Wendy Dominski. Signed by Hon. H. Kenneth Schroeder Jr. on 9/26/24.(LMG) (Entered: 09/26/2024) |
| 09/26/2024 | 6 | Notice to District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Wendy Dominski, Traci Quimby. Your case number is: 1:24-mj-00304. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to caseadmins@nywd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (LMG) (Entered: 09/26/2024) |